# Court of Appeals
of the State of Georgia

ATLANTA,  June 18, 2024

*The Court of Appeals hereby passes the following order:*

A24D0366. JONATHAN DAILY v. BENTAL GREEN OAKS d/b/a ANNETT.

The Magistrate Court of Cobb County entered a judgment in favor of Bental Green Oaks d/b/a Annett in this dispossessory action. Defendant Jonathan Daily filed this application seeking discretionary review of the magistrate court's order. We, however, lack jurisdiction.

"[T]he only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023) (punctuation omitted). Thus, this Court has jurisdiction to address an order of the magistrate court only if that order has been reviewed by a state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990); *Baker v. G. T., Ltd.*, 194 Ga. App. 450, 451 (3) (391 SE2d 1) (1990). The Georgia Constitution, however, provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII. See also *Bosma v. Gunter*, 258 Ga. 664, 665 (373 SE2d 368) (1988); accord Court of Appeals Rule 11 (b).

Accordingly, this application is hereby TRANSFERRED to the Superior Court of Cobb County.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/18/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , *Clerk.*